UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILE PETRUS KOTZE,<br><br>                       Plaintiff,<br><br>-against-<br><br>NBC UNIVERSAL MEDIA LLC; BRAVO MEDIA, LLC; 51 MINDS ENTERTAINMENT, LLC; BANIJAY AMERICAS; ENDEMOL SHINE NORTH AMERICA, INC; WARNER BROS. DISCOVERY, INC.; MARK CRONIN; COURTLAND COX; LISA LOPEZ; BRENDA LACY DAVIS; DOES 1-10,<br><br>                       Defendants. | 25-CV-4703 (JAV)<br><br>ORDER OF SERVICE |

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act of 2021, 9 U.S.C. § 401; the Jones Act, 46 U.S.C. § 30104, and state law. By order dated June 18, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").

## DISCUSSION

**A.    Service on NBC Universal Media LLC**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendant NBC Universal Media, LLC through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.    Plaintiff must provide service addresses for the other defendants**

To allow Plaintiff to effect service on Defendants Bravo Media, LLC; 51 Minds Entertainment, LLC; Banijay Americas; Endemol Shine North America, Inc; Warner Bros. Discovery, Inc.; Mark Cronin; Courtland Cox; Lisa Lopez; and Brenda Lacy Davis, for whom Plaintiff does not provide addresses,[2] through the U.S. Marshals Service, the Clerk of Court is instructed to send to Plaintiff one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these Defendants. Within thirty days of the date of this order, Plaintiff must complete a USM-285 form for each Defendant and return those forms to the Court.

---

[2] *See Gustaff v. MT Ultimate Healthcare*, No. 06-CV-5496, 2007 WL 2028103, at *2 (E.D.N.Y. June 21, 2007) ("The Second Circuit has held that *pro se* litigants proceeding [IFP] are entitled to rely on service by the U.S. Marshals Service. However, plaintiff is required to provide the information necessary for the Marshals to effect service."), *report and recommendation adopted*, 2007 WL 2028104 (E.D.N.Y. July 11, 2007)).

Upon receipt of the completed USM-285 forms, the Clerk of Court shall issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the Defendants.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant NBC Universal Media, LLC, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further instructed to mail to Plaintiff an information package and nine USM-285 forms for each Defendant lacking a service address – Bravo Media, LLC; 51 Minds Entertainment, LLC; Banijay Americas; Endemol Shine North America, Inc; Warner Bros. Discovery, Inc.; Mark Cronin; Courtland Cox; Lisa Lopez; and Brenda Lacy Davis.

Within thirty days of the date of this order, Plaintiff must complete a USM-285 form for each of these Defendants and return those forms to the Court. Upon receipt of the completed USM-285 forms, the Clerk of Court shall issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the Defendants.

Plaintiff may receive court documents by email by completing a Consent to Electronic Service form.[3]

SO ORDERED.

Dated: June 18, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

---

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR DEFENDANT**

NBC Universal Media, LLC
30 Rockefeller Plaza,
New York, N.Y. 10112