UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMILE KOTZE,

                Plaintiff,

          -v-

NBCUNIVERSAL MEDIA, LLC. et al.,

                Defendants.
------------------------------------------------------------------X

25-CV-04703 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

    The Court is in receipt of *pro se* Plaintiff's letters dated August 20, 2025 (ECF Nos. 58, 59), in which he requests assistance with respect to service of process. As Plaintiff is proceeding *in forma pauperis*, this Court issued an order on June 18, 2025, directing Plaintiff to complete USM-285 forms with the address for each Defendant, so that service could be effectuated by the U.S. Marshals Service. ECF No. 14. On August 8, 2025, the U.S. Marshals indicated that service upon Banijay Americas could not be effectuated at the provided address because they "no longer had office space in the building." ECF No. 51.

    Banijay Americas has, however, appeared in this litigation through counsel Ropers Majeski. ECF No. 47. In his recent letters, Plaintiff has indicated that he spoke with defense counsel on August 20 to obtain the correct service address for Banijay Americas, and also asked whether his office would accept service for that entity. ECF No. 58. Plaintiff represents that defense counsel refused to respond. Plaintiff requests that the Court direct defense counsel "to provide the registered information for Banijay Americas to allow timely service before the Rule 4(m) deadline." ECF No. 57.

2

The Court hereby ORDERS Ropers Majeski to file a letter with the Court by August 26, 2025, confirming whether it will accept service of process on behalf of Banijay Americas, or alternatively providing an appropriate address for service of process by the U.S. Marshals Service.

SO ORDERED.

Dated: August 22, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge