Notice of Voluntary Dismissal of Certain Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Emile Petrus Kotze,
Plaintiff,
v.
NBCUniversal Media, LLC, Comcast Corporation, Bravo Media LLC, 51 Minds Entertainment LLC, Banijay Americas, Inc., Endemol Shine North America, Inc., Mark Cronin, Courtland Cox, Brenda Lacy Davis, Lisa Lopez, Warner Bros. Discovery, Inc.,
Defendants.

Case No. 1:25-cv-04703 (JAV)

---

NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

(Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i))

Plaintiff, Emile Petrus Kotze, proceeding pro se, respectfully submits this Notice of Voluntary Dismissal as to the following defendants named in the Amended Complaint (ECF No. 10):

Comcast subsidiaries and affiliates not listed in the original complaint (including Mountain View Productions, Endemol USA Holding Inc., Endemol Shine US Office LLC, Banijay US Holdings Inc., NBC Cable Entertainment Holding LLC, NBCUniversal Television and Streaming).

Insurer defendants (StarStone Specialty Insurance Company, Allied World Specialty Insurance Company).

Foreign entity (Banijay Entertainment SAS, France).

Little Wooden Boat Productions LLC.

This dismissal is made without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no defendant has filed an answer or a motion for summary judgment.

Plaintiff elects to proceed solely against the defendants who were included in the Court's prior service orders and transmitted to the U.S. Marshals Service for service (ECF Nos. 14, 23).

Dated: 22 August 2025
Respectfully submitted,
/s/ Emile Petrus Kotze
Plaintiff, Pro Se