# Memorandum: Take It Down Act and Kotze v. NBCUniversal

## Background

Plaintiff **Emile Petrus Kotze** has filed a renewed motion for reconsideration and a request for a temporary restraining order (TRO) and preliminary injunction in his case against NBCUniversal Media, LLC and related defendants. Mr. Kotze alleges that defendants continue to exploit and profit from video footage in which he appears without his consent and that the publication of these episodes has caused significant reputational and emotional harm. The Court previously denied his emergency requests citing the ten-year delay between the original broadcast and the complaint and concerns over potential First Amendment issues This memorandum explains how the new federal law known as the **TAKE IT DOWN Act** supports Mr. Kotze's renewed request for injunctive relief.

## Key Provisions of the TAKE IT DOWN Act

1. **Notice and Removal Process.** The Act requires any website, online service, or application that hosts user-generated content (a "covered platform") to establish a clear process for individuals to request the removal of nonconsensual intimate visual depictions. Covered platforms must allow an individual (or an authorized person) to notify the platform that a depiction of them was published without their consent and to request removal.

2. **48-Hour Removal Requirement.** Upon receiving a valid removal request, a covered platform is required to remove the nonconsensual intimate depiction as quickly as possible and no later than forty-eight (48) hours after receiving the request. The platform must also make reasonable efforts to identify and remove any identical copies of the depiction.

3. **Enforcement Mechanism.** Failure to comply with the notice and takedown obligations is deemed an unfair or deceptive act under the Federal Trade Commission Act, subjecting violators to FTC enforcement.

## Relevance of the Act to Mr. Kotze's Claims

**Protection Against Nonconsensual Intimate Depictions.** The Act reflects a strong national policy against the unauthorized dissemination of private, intimate content. Mr. Kotze maintains that the Season 3 episodes of the reality television series *Below Deck* depict him in a sexually exploitative and misrepresentative manner, particularly scenes showing a producer-engineered romantic storyline and personal encounters. These scenes were recorded without his consent and continue to be streamed through various platforms in 2025. Although commercial television networks are not explicitly defined as "covered platforms," the public policy enshrined in the Act—requiring the swift removal of nonconsensual intimate depictions—directly supports Mr. Kotze's argument that continued streaming of these episodes causes irreparable harm and should be enjoined.

The Act also underscores how swiftly removal must occur once a nonconsensual depiction is identified. Mr. Kotze has repeatedly notified NBCUniversal and streaming services of the harms resulting from the broadcast and has demanded removal, yet the episodes remain available. The forty-eight-hour takedown standard illustrates the urgency Congress places on protecting individuals from ongoing exploitation and provides persuasive authority for this Court to reconsider the request for injunctive relief.

## Grounds for Reconsideration and TRO

**Newly Enacted Law.** The TAKE IT DOWN Act was enacted on **May 19, 2025**—after Mr. Kotze's initial filings—and thus constitutes a new legal development that directly addresses the type of harm alleged in this case. A motion for reconsideration is warranted where the moving party presents new law or materially changed circumstances. The Act demonstrates Congress's recognition that the ongoing dissemination of intimate content without consent causes ongoing injury and requires prompt removal within a 48-hour window.

This new statute, combined with additional evidence that streaming platforms are actively promoting and monetizing Season 3 episodes featuring Mr. Kotze, provides a compelling basis for the Court to revisit its prior denial of injunctive relief. The Act's strict removal requirement signals that allowing the episodes to remain publicly available poses a continuing violation of Mr. Kotze's privacy and dignity.

## Conclusion

The TAKE IT DOWN Act underscores the seriousness with which federal law now treats the nonconsensual publication of intimate images and imposes a rapid removal obligation on platforms. While NBCUniversal may not be a covered platform, the Act's provisions and purpose underscore the substantial harm associated with the continued display of intimate content

without consent. This new law, along with the evidence presented in Mr. Kotze's filings, supports his renewed request for a temporary restraining order and preliminary injunction. Mr. Kotze respectfully urges the Court to consider this statute as new legal authority justifying reconsideration of the prior denial and to order the removal or suspension of the Season 3 episodes to prevent further irreparable injury.