UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                         :
EMILE KOTZE,                                      :

                        Plaintiff,              :        25-CV-4703 (JAV)

            -v-                                  :        <u>ORDER</u>

NBCUNIVERSAL MEDIA, LLC. et al.,       :

                      Defendants.       :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On October 10, 2025, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff sought leave to file a Second Amended Complaint by motion dated October 14, 2025. ECF No. 87.

      This Court's Individual Rules and Practices in Civil Cases authorize a Plaintiff to file an amended pleading in response to a motion to dismiss. Accordingly, the Court grants the motion for leave to amend. The Second Amended Complaint, which Plaintiff has already filed at ECF No. 92, shall now be the operative pleading.

      By **November 24, 2025,** Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants files a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by **December 15, 2025**, and any reply shall be filed by **December 22, 2025**.

      The Clerk of Court is directed to terminate ECF No. 87.

SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge